William E. Lakis (WEL-9355)
DEORCHIS, & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

Attorneys for Defendants Third Party Plaintiffs,
UNITED PARCEL SERVICE, INC. and
UPS SUPPLY CHAIN SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA, a/s/o/ NCR Corporation,;

                            Plaintiffs,             ECF CASE

   - against -                                08 Civ. 00008 (LAP)

UNITED PARCEL SERVICE, INC.;
UPS SUPPLY CHAIN SOLUTIONS, INC.;         *RULE 7.1 STATEMENT*

                            Defendants.
------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned attorneys for defendants UNITED PARCEL SERVICE, INC. and UPS SUPPLY CHAIN SOLUTIONS, INC. ("UPS Defendants")(private non-governmental parties) certifies that the following are corporate parents and/or subsidiaries of said parties which are publicly held:

       1.     United Parcel Service, Inc.;

       2.     UPS Logistics Technologies; and

       3.     UPS SCS (UK) Limited.

Dated: New York, New York
       April 10, 2008

        DeORCHIS, & PARTNERS, LLP
        Attorneys for Defendants Third-Party
        Plaintiffs UNITED PARCEL SERVICE,
        INC. and UPS SUPPLY CHAIN
        SOLUTIONS, INC.


By: /s/ William E. Lakis
    William E. Lakis (WEL-9355)
    61 Broadway, 26th Floor
    New York, New York 10006-2802
    (212) 344-4700
    Our File: 2104-53