UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a/s/o NCR CORPORATION <br><br> Plaintiff <br> v. <br><br> UNITED PARCEL SERVICE, INC.; UPS SUPPLY CHAIN SOLUTIONS, INC., <br> Defendant / 3rd Party Plaintiff <br><br> v. <br><br> BRITISH AIRWAYS, PLC; CHINA AIRLINES, LTD., DOES 1-10, INCLUSIVE, <br><br> 3rd Party Defendant | Case No.: **08 CIV 00008 (LAP)** |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Rockland    ss:

I, Howard B. Bacharach, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **APRIL 23, 2008** at **11:30 AM** at **633 3RD AVENUE, 8TH FLOOR, NEW YORK, NEW YORK 10017**, deponent served the within **THIRD PARTY SUMMONS IN A CIVIL ACTION, ANSWER TO COMPLAINT AND THIRD PARTY COMPLAINT** on **CHINA AIRLINES, LTD.** third party defendant therein named.

CORPORATION: A foreign corporation, by delivering thereat a true copy of each to **CHAO CHI YUAN** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be **MANAGING AGENT** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: **Male**    Skin: **Yellow**    Hair: **Black**    Age: **51-65 Yrs.**    Height: **5'9"-6'0"**    Weight: **161-200 Lbs.**
Other Identifying Features: **Glasses**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Howard B. Bacharach_
Howard B. Bacharach    Lic. #.:821963

Subscribed and sworn to before me, a notary public, on this ___25th___ day of ___APRIL___, 2008.

_Alicia C Raimondi_
Notary Public

ALICIA C RAIMONDI
Notary Public - State of New York
NO. 01RA6160026
Qualified in Rockland County
My Commission Expires 1/29/11