**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a/s/o NCR CORPORATION | ) Case No.: **08 CIV 00008 (LAP)** |

INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA, a/s/o NCR CORPORATION                    )

                  Plaintiff                              )

              v.                                         )

UNITED PARCEL SERVICE, INC.; UPS SUPPLY          )
CHAIN SOLUTIONS, INC.,                           )
           Defendant / 3rd Party Plaintiff )

              v.                                         )

BRITISH AIRWAYS, PLC; CHINA AIRLINES, LTD.,      )
DOES 1-10, INCLUSIVE,                            )

              3rd Party Defendant              )

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Rockland    ss:

I, Howard B. Bacharach, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **APRIL 25, 2008** at **3:10 PM** at **75-20 ASTORIA BOULEVARD, JACKSON HEIGHTS, NEW YORK 11370**, deponent served the within **THIRD PARTY SUMMONS IN A CIVIL ACTION, ANSWER TO COMPLAINT AND THIRD PARTY COMPLAINT** on **BRITISH AIRWAYS, PLC** third party defendant therein named.

CORPORATION: A foreign corporation, by delivering thereat a true copy of each to **LINDA CATTERSON (Legal Assistant)** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be **MANAGING AGENT** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: **Female**   Skin: **White**   Hair: **Blonde**   Age: **51-65 Yrs.**   Height: **5'4"-5'8"**   Weight: **131-160 Lbs.**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*Howard B. Bacharach*

Howard B. Bacharach    Lic. #.:821963

Subscribed and sworn to before me, a notary public, on this    **25**<sup>th</sup>    day of    A P R I L    , 2008.

*Alicia C Raimondi*
Notary Public

> ALICIA C RAIMONDI
> Notary Public - State of New York
> NO. 01RA6160026
> Qualified in Rockland County
> My Commission Expires 1/29/11