UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF         :
NORTH AMERICA, a/s/o NCR Corporation,  :      Civil Action No.
                                       :      08 Civ. 00008 (LAP)
             Plaintiffs,               :
                                       :
        - against -                    :
                                       :
UNITED PARCEL SERVICE, INC.,           :      **RULE 7.1 STATEMENT**
UPS SUPPLY CHAIN SOLUTIONS, INC.,      :      **OF THIRD-PARTY DEFENDANT**
                                       :      **CHINA AIRLINES**
             Defendants.               :
                                       :
------------------------------------------------------------x
UNITED PARCEL SERVICE, INC.,           :
UPS SUPPLY CHAIN SOLUTIONS, INC.       :
                                       :
             Third-Party Plaintiffs,   :
                                       :
        -against-                      :
                                       :
BRITISH AIRWAYS PLC,                   :
CHINA AIRLINES, LTD.,                  :
DOES 1-10, inclusive,                  :
                                       :
             Third-Party Defendants.   :
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for third-party defendant CHINA AIRLINES, LTD. ("CHINA AIRLINES"), certify that there is no parent corporation of CHINA AIRLINES and no publicly held corporation holds 10% or more stock of CHINA AIRLINES.

-2-

Dated: New York, New York
       May 22, 2008

                CONDON & FORSYTH LLP

                By /s/ Bartholomew J. Banino
                Bartholomew J. Banino (BB 4164)
                bbanino@condonlaw.com
                Michael J. Peterson (MP 9260)
                mpeterson@condonlaw.com
7 Times Square
New York, New York 10036
(212) 490-9100

*Attorneys for Third-Party Defendant*
*CHINA AIRLINES, LTD.*