UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA, a/s/o NCR                    Civil Action No. 08-CV-00008
CORPORATION,                                (LAP) (DFE)

              Plaintiffs,                **RULE 7.1 STATEMENT**

   -against-

UNITED PARCEL SERVICE, INC. and UPS
SUPPLY CHAIN SOLUTIONS, INC.,

              Defendants.
------------------------------------------------------------------x
UNITED PARCEL SERVICE, INC. and UPS SUPPLY
CHAIN SOLUTIONS, INC.,

              Third-Party Plaintiffs,

   - against -

BRITISH AIRWAYS PLC, CHINA AIRLINES LTD.,
DOES 1-10, inclusive,

              Third-Party Defendants.
------------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for third-party defendant BRITISH AIRWAYS PLC certifies that there are no corporate parents or any publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
        May 27, 2008

                                                        Yours, etc.,

                                                        CLYDE & CO US LLP

                                                        By: _____
                                                           Diane Westwood Wilson (DW 0520)
                                                     Attorneys for Third-Party Defendant
                                                   BRITISH AIRWAYS PLC
                                                   The Chrysler Building
                                                   405 Lexington Avenue
                                                   New York, New York 10174
                                                   (212) 710-3900